IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| LOUISE GRAVES,<br>Plaintiff | )<br>)<br>) |
| v. | )   No.: 1:22-cv-02296-STA-jay<br>) |
| AUTO-OWNERS<br>INSURANCE COMPANY<br>Defendant | |

### PLAINTIFF'S RESPONSE TO MOTION FOR SANCTIONS

COMES NOW the Plaintiff and Responds to Plaintiffs Response to Motion for Sanctions and would show this Honorable Court the following:

Plaintiff incorporates its Memorandum in Support of Response and Exhibits filed contemporaneously herewith.

Respectfully submitted,

 /s/Drayton D. Berkley
Drayton D. Berkley, Esq.
Berkley Law Firm, PLLC
1255 Lynnfield Ste 226
Memphis, TN 38119
**attorneyberkley@gmail.com**
*Attorney for Plaintiff*
P.O. Box 771048
Memphis, TN 38177

### CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that the foregoing document has been served upon the following counsel of record or parties pro se in this cause **ONLY BY ELECTRONIC TRANSMISSION** to the following:

Parks T. Chastian, Esq.

1

Matthew B. Rogers, Esq.
BREWER, KRAUSE, BROOKS & CHASTAIN, PLLC
545 MainStream Drive Suite 101
Nashville, TN 37228
Attorney for Penn National

This, the 8th day of March 2023

                                              **/s/Drayton D. Berkley**
                                              **Drayton D. Berkley**