IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| LOUISE GRAVES, <br> Plaintiff | ) <br> ) <br> ) | |
| v. | ) | No.: 1:22-cv-02296-STA-jay |
| | ) | |
| AUTO-OWNERS <br> INSURANCE COMPANY <br> Defendant | | |

## NOTICE OF FILING

COMES NOW THE PLAINTIFF, by and though undersigned counsel, pursuant to the files herewith the Notice of Appraisal Award, Umpire Report and Umpire Clarification Declaration.

Respectfully submitted,

 **/s/Drayton D. Berkley**
Drayton D. Berkley, Esq.
Berkley Law Firm, PLLC
1255 Lynnfield Ste 226
Memphis, TN 38119
**attorneyberkley@gmail.com**
*Attorney for Plaintiff*
P.O. Box 771048
Memphis, TN 38177

## CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that the foregoing document has been served upon the following counsel of record or parties pro se in this cause **ONLY BY ELECTRONIC TRANSMISSION** to the following:

Parks T. Chastian, Esq.
Matthew B. Rogers, Esq.
BREWER, KRAUSE, BROOKS & CHASTAIN, PLLC
545 MainStream Drive Suite 101
Nashville, TN 37228

Attorney for Penn National

This, the 16th day of April 2023

                                             **/s/Drayton D. Berkley**
                                             **Drayton D. Berkley**