# Mary Jo O'Neal - UMPIRE

2226 General Raines Drive  
Murfreesboro, TN 37129  
1-615-849-6400

| | |
|---|---|
| Insured: | Louise Graves |
| Property: | 3523 Eastend Drive |
| | Humboldt, TN 38343 |

Estimator: Mary Jo O'Neal

**Claim Number:** 300-0219080-2020   **Policy Number:**   **Type of Loss:** Hail

| | | | |
|---|---|---|---|
| Date of Loss: | 5/4/2020 | Date Received: | 9/25/2020 |
| Date Inspected: | 10/2/2020 | Date Entered: | 11/20/2020 11:37 AM |

Price List: TNJA8X_JUL20  
                Restoration/Service/Remodel  
Estimate: 20092003-GRAVES

### Mary Jo O'Neal - UMPIRE

2226 General Raines Drive
Murfreesboro, TN 37129
1-615-849-6400

**20092003-GRAVES**

### Building 1 Roof



| | | | | |
|---|---|---|---|---|
| 15446.14 | Surface Area | | 154.46 | Number of Squares |
| 641.01 | Total Perimeter Length | | 222.50 | Total Ridge Length |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1. R&R Metal roofing - ribbed - 24 gauge - 1 1/8" to 1 1/2" | 15,446.14 SF | 6.80 | 3,132.48 | 21,633.26 | 129,799.49 | (23,410.83) | 106,388.66 |
| 2. R&R Vinyl-faced/laminated insulation - 4" | 16,218.45 SF | 1.23 | 1,280.85 | 4,245.92 | 25,475.46 | (0.00) | 25,475.46 |
| *Per 2018 IECC Commercial Scope and Envelope Requirements (Metal Building - Climate Zone 4 - R-19+R-11 LS)* | | | | | | | |
| 3. R&R Vinyl-faced/laminated insulation - 6" | 16,218.45 SF | 1.69 | 1,818.49 | 5,845.54 | 35,073.21 | (0.00) | 35,073.21 |
| *5% waste included due to purlin spacing and roll installation.* | | | | | | | |
| 4. R&R Ridge cap - metal roofing | 222.50 LF | 5.68 | 48.38 | 262.44 | 1,574.62 | (250.23) | 1,324.39 |
| 5. R&R Ridge end cap for metal roofing | 2.00 EA | 27.92 | 2.51 | 11.66 | 70.01 | (11.48) | 58.53 |
| 6. R&R Eave trim for metal roofing - 26 gauge | 445.00 LF | 5.11 | 93.72 | 473.54 | 2,841.21 | (491.35) | 2,349.86 |
| 7. R&R Steel rake/gable trim - color finish | 196.01 LF | 5.07 | 47.01 | 208.16 | 1,248.94 | (350.45) | 898.49 |
| 8. R&R Closure strips for metal panels | 1,780.00 LF | 1.77 | 88.51 | 647.82 | 3,886.93 | (0.00) | 3,886.93 |
| 9. R&R Custom High Efficiency Ventilators | 4.00 EA | 1,460.00 | 233.45 | 1,214.70 | 7,288.15 | (0.00) | 7,288.15 |
| 10. R&R Gutter / downspout - box - aluminum - 7" to 8" | 445.00 LF | 17.86 | 651.68 | 1,719.88 | 10,319.26 | (4,055.08) | 6,264.18 |
| 11. R&R Gutter / downspout - aluminum - 7" to 8" | 222.51 LF | 14.23 | 252.09 | 683.70 | 4,102.10 | (1,604.52) | 2,497.58 |
| 12. Soffit & Fascia Installer - per hour | 20.00 HR | 56.18 | 0.00 | 224.72 | 1,348.32 | (0.00) | 1,348.32 |
| *Additional labor for installing gutters on above average height building.* | | | | | | | |
| 13. R&R Sidewall flashing for metal roofing - 26 gauge | 18.00 LF | 4.73 | 3.72 | 17.76 | 106.62 | (19.66) | 86.96 |
| 14. R&R Neoprene pipe jack flashing for metal roofing | 3.00 EA | 50.01 | 6.40 | 31.28 | 187.71 | (32.68) | 155.03 |
| 15. R&R Flashing - pipe jack - 8" | 1.00 EA | 62.16 | 3.46 | 13.14 | 78.76 | (31.75) | 47.01 |
| 16. R&R Furnace vent - rain cap and storm collar, 6" | 6.00 EA | 77.05 | 15.34 | 95.52 | 573.16 | (294.65) | 278.51 |
| 17. Special Systems - Electrician - per hour | 5.00 HR | 80.43 | 0.00 | 80.44 | 482.59 | (0.00) | 482.59 |
| *Detach and reset rooftop satellite.* | | | | | | | |
| **Totals: Building 1 Roof** | | | 7,678.09 | 37,409.48 | 224,456.54 | 30,552.68 | 193,903.86 |

### Building 1 Exterior

## Mary Jo O'Neal - UMPIRE

2226 General Raines Drive
Murfreesboro, TN 37129
1-615-849-6400

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 18.  R&R Wall panel - ribbed - 24 gauge - up to 1"* | 4,215.00 SF | 4.34 | 772.61 | 3,813.14 | 22,878.85 | (4,167.95) | 18,710.90 |
| *Replace exterior elevation metal due to hail damage and to provide a reasonable uniform appearance within the line of sight as required in Tennessee.* | | | | | | | |
| 19.  R&R Vinyl-faced/laminated insulation - 3" | 4,215.00 SF | 0.92 | 205.48 | 816.66 | 4,899.94 | (0.00) | 4,899.94 |
| 20.  R&R Overhead door & hardware - 10' x 10' | 8.00 EA | 1,461.79 | 752.70 | 2,489.40 | 14,936.42 | (4,850.36) | 10,086.06 |
| *Replace 8 overhead doors on right elevation due to hail damage.* | | | | | | | |
| 21.  Comb/straighten a/c cond. fins - w/trip charge - Large | 1.00 EA | 177.21 | 0.00 | 35.44 | 212.65 | (0.00) | 212.65 |
| 22.  Electrician - per hour | 60.00 HR | 80.43 | 0.00 | 965.16 | 5,790.96 | (0.00) | 5,790.96 |
| *Detach and reset signs, electrical and low voltage components for proper installation of wall panels and gutters.* | | | | | | | |
| **Totals: Building 1 Exterior** | | | **1,730.79** | **8,119.80** | **48,718.82** | **9,018.31** | **39,700.51** |

### Bldg 1 Interior

Hallway

Mens Restroom                                                    Height: 8'

| | | | |
|---|---|---|---|
| 224.69 | SF Walls | 48.42 | SF Ceiling |
| 273.11 | SF Walls & Ceiling | 48.42 | SF Floor |
| 5.38 | SY Flooring | 28.09 | LF Floor Perimeter |
| 28.09 | LF Ceil. Perimeter | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 23.  Clean suspended ceiling grid | 48.42 SF | 0.22 | 0.05 | 2.16 | 12.86 | (0.00) | 12.86 |
| 24.  Paint suspended ceiling grid | 48.42 SF | 0.36 | 0.66 | 3.62 | 21.71 | (6.03) | 15.68 |
| 25.  R&R Suspended ceiling tile - 2' x 4' | 12.11 SF | 2.04 | 1.40 | 5.22 | 31.33 | (0.00) | 31.33 |
| 26.  Seal & paint acoustic ceiling tile | 48.42 SF | 1.11 | 1.37 | 11.04 | 66.16 | (18.38) | 47.78 |
| *Paint ceiling tiles to obtain a uniform appearance throughout.* | | | | | | | |
| 27.  Sprinkler head/escutcheon - Detach & reset | 2.00 EA | 11.99 | 0.00 | 4.80 | 28.78 | (0.00) | 28.78 |
| 28.  Fluorescent light fixture - 2' & 4' - Detach & reset | 2.00 EA | 57.48 | 0.00 | 23.00 | 137.96 | (0.00) | 137.96 |
| 29.  Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | 5.32 | 0.00 | 1.06 | 6.38 | (0.00) | 6.38 |
| 30.  Detach & Reset In-wall / In-ceiling speaker | 1.00 EA | 14.30 | 0.00 | 2.86 | 17.16 | (0.00) | 17.16 |
| 31.  Cold air return cover - Detach & reset | 1.00 EA | 7.26 | 0.00 | 1.46 | 8.72 | (0.00) | 8.72 |
| 32.  Floor protection - plastic and tape - 10 mil | 48.42 SF | 0.29 | 0.52 | 2.90 | 17.46 | (0.00) | 17.46 |
| **Totals: Mens Restroom** | | | **4.00** | **58.12** | **348.52** | **24.41** | **324.11** |

## Mary Jo O'Neal - UMPIRE

2226 General Raines Drive  
Murfreesboro, TN 37129  
1-615-849-6400



**Conference Room** — Height: 8'

| | |
|---|---|
| 525.33 SF Walls | 218.15 SF Ceiling |
| 743.48 SF Walls & Ceiling | 218.15 SF Floor |
| 24.24 SY Flooring | 65.67 LF Floor Perimeter |
| 65.67 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 33. Clean suspended ceiling grid | 218.15 SF | 0.22 | 0.21 | 9.64 | 57.84 | (0.00) | 57.84 |
| 34. Paint suspended ceiling grid | 218.15 SF | 0.36 | 2.98 | 16.30 | 97.81 | (27.17) | 70.64 |
| 35. R&R Suspended ceiling tile - 2' x 4' | 54.54 SF | 2.04 | 6.33 | 23.50 | 141.10 | (0.00) | 141.10 |
| 36. Seal & paint acoustic ceiling tile | 218.15 SF | 1.11 | 6.17 | 49.68 | 298.00 | (82.78) | 215.22 |
| Paint ceiling tiles to obtain a uniform appearance throughout. | | | | | | | |
| 37. Sprinkler head/escutcheon - Detach & reset | 5.00 EA | 11.99 | 0.00 | 12.00 | 71.95 | (0.00) | 71.95 |
| 38. Fluorescent light fixture - 2' & 4' - Detach & reset | 4.00 EA | 57.48 | 0.00 | 45.98 | 275.90 | (0.00) | 275.90 |
| 39. Heat/AC register - Mechanically attached - Detach & reset | 4.00 EA | 5.32 | 0.00 | 4.26 | 25.54 | (0.00) | 25.54 |
| 40. Detach & Reset In-wall / In-ceiling speaker | 2.00 EA | 14.30 | 0.00 | 5.72 | 34.32 | (0.00) | 34.32 |
| 41. Cold air return cover - Detach & reset | 3.00 EA | 7.26 | 0.00 | 4.36 | 26.14 | (0.00) | 26.14 |
| 42. Floor protection - plastic and tape - 10 mil | 218.15 SF | 0.29 | 2.34 | 13.12 | 78.72 | (0.00) | 78.72 |
| **Totals: Conference Room** | | | **18.03** | **184.56** | **1,107.32** | **109.95** | **997.37** |



**Womens Restroom** — Height: 8'

| | |
|---|---|
| 255.31 SF Walls | 60.07 SF Ceiling |
| 315.38 SF Walls & Ceiling | 60.07 SF Floor |
| 6.67 SY Flooring | 31.91 LF Floor Perimeter |
| 31.91 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 43. Clean suspended ceiling grid | 60.07 SF | 0.22 | 0.06 | 2.66 | 15.94 | (0.00) | 15.94 |
| 44. Paint suspended ceiling grid | 60.07 SF | 0.36 | 0.82 | 4.48 | 26.93 | (7.48) | 19.45 |
| 45. R&R Suspended ceiling tile - 2' x 4' | 15.02 SF | 2.04 | 1.74 | 6.46 | 38.84 | (0.00) | 38.84 |
| 46. Seal & paint acoustic ceiling tile | 60.07 SF | 1.11 | 1.70 | 13.68 | 82.06 | (22.80) | 59.26 |
| Paint ceiling tiles to obtain a uniform appearance throughout. | | | | | | | |
| 47. Sprinkler head/escutcheon - Detach & reset | 2.00 EA | 11.99 | 0.00 | 4.80 | 28.78 | (0.00) | 28.78 |
| 48. Fluorescent light fixture - 2' & 4' - Detach & reset | 2.00 EA | 57.48 | 0.00 | 23.00 | 137.96 | (0.00) | 137.96 |

**Mary Jo O'Neal - UMPIRE**

2226 General Raines Drive
Murfreesboro, TN 37129
1-615-849-6400

**CONTINUED - Womens Restroom**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 49.  Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | 5.32 | 0.00 | 1.06 | 6.38 | (0.00) | 6.38 |
| 50.  Detach & Reset In-wall / In-ceiling speaker | 1.00 EA | 14.30 | 0.00 | 2.86 | 17.16 | (0.00) | 17.16 |
| 51.  Cold air return cover - Detach & reset | 1.00 EA | 7.26 | 0.00 | 1.46 | 8.72 | (0.00) | 8.72 |
| 52.  Floor protection - plastic and tape - 10 mil | 60.07 SF | 0.29 | 0.64 | 3.60 | 21.66 | (0.00) | 21.66 |
| **Totals:  Womens Restroom** | | | **4.96** | **64.06** | **384.43** | **30.28** | **354.15** |



**Office 4**          **Height: 8'**

345.33  SF Walls      115.96  SF Ceiling
461.29  SF Walls & Ceiling      115.96  SF Floor
12.88  SY Flooring      43.17  LF Floor Perimeter
43.17  LF Ceil. Perimeter

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 53.  Clean suspended ceiling grid | 115.96 SF | 0.22 | 0.11 | 5.12 | 30.74 | (0.00) | 30.74 |
| 54.  Paint suspended ceiling grid | 115.96 SF | 0.36 | 1.58 | 8.68 | 52.01 | (14.45) | 37.56 |
| 55.  R&R Suspended ceiling tile - 2' x 4' | 28.99 SF | 2.04 | 3.36 | 12.50 | 75.00 | (0.00) | 75.00 |
| 56.  Seal & paint acoustic ceiling tile | 115.96 SF | 1.11 | 3.28 | 26.40 | 158.40 | (44.00) | 114.40 |
| Paint ceiling tiles to obtain a uniform appearance throughout. | | | | | | | |
| 57.  Sprinkler head/escutcheon - Detach & reset | 2.00 EA | 11.99 | 0.00 | 4.80 | 28.78 | (0.00) | 28.78 |
| 58.  Fluorescent light fixture - 2' & 4' - Detach & reset | 2.00 EA | 57.48 | 0.00 | 23.00 | 137.96 | (0.00) | 137.96 |
| 59.  Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | 5.32 | 0.00 | 1.06 | 6.38 | (0.00) | 6.38 |
| 60.  Detach & Reset In-wall / In-ceiling speaker | 1.00 EA | 14.30 | 0.00 | 2.86 | 17.16 | (0.00) | 17.16 |
| 61.  Cold air return cover - Detach & reset | 1.00 EA | 7.26 | 0.00 | 1.46 | 8.72 | (0.00) | 8.72 |
| 62.  Floor protection - plastic and tape - 10 mil | 115.96 SF | 0.29 | 1.24 | 6.96 | 41.83 | (0.00) | 41.83 |
| **Totals:  Office 4** | | | **9.57** | **92.84** | **556.98** | **58.45** | **498.53** |

**Mary Jo O'Neal - UMPIRE**

2226 General Raines Drive
Murfreesboro, TN 37129
1-615-849-6400



**Executive Bathroom**                                                                 Height: 8'

| | | | |
|---|---|---|---|
| 356.00 SF Walls | | 119.60 SF Ceiling | |
| 475.60 SF Walls & Ceiling | | 119.60 SF Floor | |
| 13.29 SY Flooring | | 44.50 LF Floor Perimeter | |
| 44.50 LF Ceil. Perimeter | | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 63. Clean suspended ceiling grid | 119.60 SF | 0.22 | 0.12 | 5.28 | 31.71 | (0.00) | 31.71 |
| 64. Paint suspended ceiling grid | 119.60 SF | 0.36 | 1.63 | 8.94 | 53.63 | (14.89) | 38.74 |
| 65. R&R Suspended ceiling tile - 2' x 4' | 29.90 SF | 2.04 | 3.47 | 12.90 | 77.36 | (0.00) | 77.36 |
| 66. Seal & paint acoustic ceiling tile | 119.60 SF | 1.11 | 3.38 | 27.24 | 163.38 | (45.38) | 118.00 |
| Paint ceiling tiles to obtain a uniform appearance throughout. | | | | | | | |
| 67. Sprinkler head/escutcheon - Detach & reset | 2.00 EA | 11.99 | 0.00 | 4.80 | 28.78 | (0.00) | 28.78 |
| 68. Fluorescent light fixture - 2' & 4' - Detach & reset | 2.00 EA | 57.48 | 0.00 | 23.00 | 137.96 | (0.00) | 137.96 |
| 69. Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | 5.32 | 0.00 | 1.06 | 6.38 | (0.00) | 6.38 |
| 70. Detach & Reset In-wall / In-ceiling speaker | 1.00 EA | 14.30 | 0.00 | 2.86 | 17.16 | (0.00) | 17.16 |
| 71. Cold air return cover - Detach & reset | 1.00 EA | 7.26 | 0.00 | 1.46 | 8.72 | (0.00) | 8.72 |
| 72. Floor protection - plastic and tape - 10 mil | 119.60 SF | 0.29 | 1.28 | 7.20 | 43.16 | (0.00) | 43.16 |
| **Totals: Executive Bathroom** | | | **9.88** | **94.74** | **568.24** | **60.27** | **507.97** |



**Executive Office**                                                                 Height: 8'

| | | | |
|---|---|---|---|
| 394.67 SF Walls | | 151.42 SF Ceiling | |
| 546.08 SF Walls & Ceiling | | 151.42 SF Floor | |
| 16.82 SY Flooring | | 49.33 LF Floor Perimeter | |
| 49.33 LF Ceil. Perimeter | | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 73. Clean suspended ceiling grid | 151.42 SF | 0.22 | 0.15 | 6.70 | 40.16 | (0.00) | 40.16 |
| 74. Paint suspended ceiling grid | 151.42 SF | 0.36 | 2.07 | 11.32 | 67.90 | (18.86) | 49.04 |
| 75. R&R Suspended ceiling tile - 2' x 4' | 37.85 SF | 2.04 | 4.39 | 16.34 | 97.95 | (0.00) | 97.95 |
| 76. Seal & paint acoustic ceiling tile | 151.42 SF | 1.11 | 4.28 | 34.48 | 206.84 | (57.46) | 149.38 |
| Paint ceiling tiles to obtain a uniform appearance throughout. | | | | | | | |
| 77. Sprinkler head/escutcheon - Detach & reset | 5.00 EA | 11.99 | 0.00 | 12.00 | 71.95 | (0.00) | 71.95 |
| 78. Fluorescent light fixture - 2' & 4' - Detach & reset | 4.00 EA | 57.48 | 0.00 | 45.98 | 275.90 | (0.00) | 275.90 |

## Mary Jo O'Neal - UMPIRE

2226 General Raines Drive  
Murfreesboro, TN 37129  
1-615-849-6400

**CONTINUED - Executive Office**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 79. Heat/AC register - Mechanically attached - Detach & reset | 2.00 EA | 5.32 | 0.00 | 2.12 | 12.76 | (0.00) | 12.76 |
| 80. Detach & Reset In-wall / In-ceiling speaker | 1.00 EA | 14.30 | 0.00 | 2.86 | 17.16 | (0.00) | 17.16 |
| 81. Cold air return cover - Detach & reset | 2.00 EA | 7.26 | 0.00 | 2.90 | 17.42 | (0.00) | 17.42 |
| 82. Floor protection - plastic and tape - 10 mil | 151.42 SF | 0.29 | 1.62 | 9.10 | 54.63 | (15.18) | 39.45 |
| **Totals: Executive Office** | | | **12.51** | **143.80** | **862.67** | **91.50** | **771.17** |

### Office 1                                                                 Height: 8'



525.33 SF Walls                218.15 SF Ceiling  
743.48 SF Walls & Ceiling      218.15 SF Floor  
24.24 SY Flooring              65.67 LF Floor Perimeter  
65.67 LF Ceil. Perimeter

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 83. Clean suspended ceiling grid | 218.15 SF | 0.22 | 0.21 | 9.64 | 57.84 | (0.00) | 57.84 |
| 84. Paint suspended ceiling grid | 218.15 SF | 0.36 | 2.98 | 16.30 | 97.81 | (27.17) | 70.64 |
| 85. R&R Suspended ceiling tile - 2' x 4' | 54.54 SF | 2.04 | 6.33 | 23.50 | 141.10 | (0.00) | 141.10 |
| 86. Seal & paint acoustic ceiling tile | 218.15 SF | 1.11 | 6.17 | 49.68 | 298.00 | (82.78) | 215.22 |
| Paint ceiling tiles to obtain a uniform appearance throughout. | | | | | | | |
| 87. Sprinkler head/escutcheon - Detach & reset | 4.00 EA | 11.99 | 0.00 | 9.60 | 57.56 | (0.00) | 57.56 |
| 88. Fluorescent light fixture - 2' & 4' - Detach & reset | 4.00 EA | 57.48 | 0.00 | 45.98 | 275.90 | (0.00) | 275.90 |
| 89. Heat/AC register - Mechanically attached - Detach & reset | 3.00 EA | 5.32 | 0.00 | 3.20 | 19.16 | (0.00) | 19.16 |
| 90. Detach & Reset In-wall / In-ceiling speaker | 1.00 EA | 14.30 | 0.00 | 2.86 | 17.16 | (0.00) | 17.16 |
| 91. Cold air return cover - Detach & reset | 2.00 EA | 7.26 | 0.00 | 2.90 | 17.42 | (0.00) | 17.42 |
| 92. Floor protection - plastic and tape - 10 mil | 218.15 SF | 0.29 | 2.34 | 13.12 | 78.72 | (0.00) | 78.72 |
| **Totals: Office 1** | | | **18.03** | **176.78** | **1,060.67** | **109.95** | **950.72** |

## Mary Jo O'Neal - UMPIRE

2226 General Raines Drive
Murfreesboro, TN 37129
1-615-849-6400



**Service/Parts**      Height: 12'

| | | | |
|---|---|---|---|
| 2302.00 | SF Walls | 2037.15 | SF Ceiling |
| 4339.15 | SF Walls & Ceiling | 2037.15 | SF Floor |
| 226.35 | SY Flooring | 191.83 | LF Floor Perimeter |
| 191.83 | LF Ceil. Perimeter | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 93. Protect - Cover with plastic | 2,037.15 SF | 0.29 | 21.85 | 122.54 | 735.16 | (0.00) | 735.16 |
| **Totals: Service/Parts** | | | **21.85** | **122.54** | **735.16** | **0.00** | **735.16** |



**Small Office**      Height: 8'

| | | | |
|---|---|---|---|
| 238.67 | SF Walls | 52.42 | SF Ceiling |
| 291.08 | SF Walls & Ceiling | 52.42 | SF Floor |
| 5.82 | SY Flooring | 29.83 | LF Floor Perimeter |
| 29.83 | LF Ceil. Perimeter | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 94. Clean suspended ceiling grid | 52.42 SF | 0.22 | 0.05 | 2.32 | 13.90 | (0.00) | 13.90 |
| 95. Paint suspended ceiling grid | 52.42 SF | 0.36 | 0.72 | 3.92 | 23.51 | (6.53) | 16.98 |
| 96. R&R Suspended ceiling tile - 2' x 4' | 13.10 SF | 2.04 | 1.52 | 5.64 | 33.89 | (0.00) | 33.89 |
| 97. Seal & paint acoustic ceiling tile | 52.42 SF | 1.11 | 1.48 | 11.94 | 71.61 | (19.89) | 51.72 |
| Paint ceiling tiles to obtain a uniform appearance throughout. | | | | | | | |
| 98. Sprinkler head/escutcheon - Detach & reset | 2.00 EA | 11.99 | 0.00 | 4.80 | 28.78 | (0.00) | 28.78 |
| 99. Fluorescent light fixture - 2' & 4' - Detach & reset | 1.00 EA | 57.48 | 0.00 | 11.50 | 68.98 | (0.00) | 68.98 |
| 100. Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | 5.32 | 0.00 | 1.06 | 6.38 | (0.00) | 6.38 |
| 101. Detach & Reset In-wall / In-ceiling speaker | 1.00 EA | 14.30 | 0.00 | 2.86 | 17.16 | (0.00) | 17.16 |
| 102. Cold air return cover - Detach & reset | 1.00 EA | 7.26 | 0.00 | 1.46 | 8.72 | (0.00) | 8.72 |
| 103. Floor protection - plastic and tape - 10 mil | 52.42 SF | 0.29 | 0.56 | 3.16 | 18.92 | (0.00) | 18.92 |
| **Totals: Small Office** | | | **4.33** | **48.66** | **291.85** | **26.42** | **265.43** |

## Mary Jo O'Neal - UMPIRE

2226 General Raines Drive  
Murfreesboro, TN 37129  
1-615-849-6400



**Hallway** Height: 8'

| | 907.33 SF Walls | | | | 317.53 SF Ceiling | | |
| | 1224.86 SF Walls & Ceiling | | | | 317.53 SF Floor | | |
| | 35.28 SY Flooring | | | | 113.42 LF Floor Perimeter | | |
| | 113.42 LF Ceil. Perimeter | | | | | | |

**Missing Wall**  5' 11" X 8'  Opens into SERVICE_ENTR

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 104. Clean suspended ceiling grid | 317.53 SF | 0.22 | 0.31 | 14.04 | 84.21 | (0.00) | 84.21 |
| 105. Paint suspended ceiling grid | 317.53 SF | 0.36 | 4.33 | 23.72 | 142.36 | (39.54) | 102.82 |
| 106. R&R Suspended ceiling tile - 2' x 4' | 79.38 SF | 2.04 | 9.21 | 34.22 | 205.36 | (0.00) | 205.36 |
| 107. Seal & paint acoustic ceiling tile | 317.53 SF | 1.11 | 8.98 | 72.30 | 433.74 | (120.48) | 313.26 |
| Paint ceiling tiles to obtain a uniform appearance throughout. | | | | | | | |
| 108. Sprinkler head/escutcheon - Detach & reset | 4.00 EA | 11.99 | 0.00 | 9.60 | 57.56 | (0.00) | 57.56 |
| 109. Fluorescent light fixture - 2' & 4' - Detach & reset | 3.00 EA | 57.48 | 0.00 | 34.48 | 206.92 | (0.00) | 206.92 |
| 110. Heat/AC register - Mechanically attached - Detach & reset | 3.00 EA | 5.32 | 0.00 | 3.20 | 19.16 | (0.00) | 19.16 |
| 111. Cold air return cover - Detach & reset | 2.00 EA | 7.26 | 0.00 | 2.90 | 17.42 | (0.00) | 17.42 |
| 112. Floor protection - plastic and tape - 10 mil | 317.53 SF | 0.29 | 3.41 | 19.10 | 114.59 | (0.00) | 114.59 |
| **Totals: Hallway** | | | **26.24** | **213.56** | **1,281.32** | **160.02** | **1,121.30** |



**Office 2** Height: 8'

| | 341.33 SF Walls | | | | 113.08 SF Ceiling | | |
| | 454.42 SF Walls & Ceiling | | | | 113.08 SF Floor | | |
| | 12.56 SY Flooring | | | | 42.67 LF Floor Perimeter | | |
| | 42.67 LF Ceil. Perimeter | | | | | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 113. Clean suspended ceiling grid | 113.08 SF | 0.22 | 0.11 | 5.00 | 29.99 | (0.00) | 29.99 |
| 114. Paint suspended ceiling grid | 113.08 SF | 0.36 | 1.54 | 8.44 | 50.69 | (14.08) | 36.61 |
| 115. R&R Suspended ceiling tile - 2' x 4' | 28.27 SF | 2.04 | 3.28 | 12.20 | 73.15 | (0.00) | 73.15 |
| 116. Seal & paint acoustic ceiling tile | 113.08 SF | 1.11 | 3.20 | 25.74 | 154.46 | (42.91) | 111.55 |
| Paint ceiling tiles to obtain a uniform appearance throughout. | | | | | | | |
| 117. Sprinkler head/escutcheon - Detach & reset | 2.00 EA | 11.99 | 0.00 | 4.80 | 28.78 | (0.00) | 28.78 |
| 118. Fluorescent light fixture - 2' & 4' - Detach & reset | 2.00 EA | 57.48 | 0.00 | 23.00 | 137.96 | (0.00) | 137.96 |

**Mary Jo O'Neal - UMPIRE**

2226 General Raines Drive
Murfreesboro, TN 37129
1-615-849-6400

### CONTINUED - Office 2

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 119. Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | 5.32 | 0.00 | 1.06 | 6.38 | (0.00) | 6.38 |
| 120. Detach & Reset In-wall / In-ceiling speaker | 1.00 EA | 14.30 | 0.00 | 2.86 | 17.16 | (0.00) | 17.16 |
| 121. Cold air return cover - Detach & reset | 1.00 EA | 7.26 | 0.00 | 1.46 | 8.72 | (0.00) | 8.72 |
| 122. Floor protection - plastic and tape - 10 mil | 113.08 SF | 0.29 | 1.21 | 6.80 | 40.80 | (0.00) | 40.80 |
| **Totals: Office 2** | | | **9.34** | **91.36** | **548.09** | **56.99** | **491.10** |

**Showroom**  Height: 12'

2116.00 SF Walls                1700.50 SF Ceiling
3816.50 SF Walls & Ceiling      1700.50 SF Floor
 188.94 SY Flooring              176.33 LF Floor Perimeter
 176.33 LF Ceil. Perimeter

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 123. Clean suspended ceiling grid | 1,700.50 SF | 0.22 | 1.66 | 75.16 | 450.93 | (0.00) | 450.93 |
| 124. Paint suspended ceiling grid | 1,700.50 SF | 0.36 | 23.21 | 127.08 | 762.47 | (211.80) | 550.67 |
| 125. R&R Suspended ceiling tile - 2' x 4' | 170.05 SF | 2.04 | 19.73 | 73.32 | 439.95 | (0.00) | 439.95 |
| 126. Seal & paint acoustic ceiling tile | 1,700.50 SF | 1.11 | 48.08 | 387.14 | 2,322.78 | (645.22) | 1,677.56 |
| Paint ceiling tiles to obtain a uniform appearance throughout. | | | | | | | |
| 127. Fluorescent light fixture - 2' & 4' - Detach & reset | 10.00 EA | 57.48 | 0.00 | 114.96 | 689.76 | (0.00) | 689.76 |
| 128. Sprinkler head/escutcheon - Detach & reset | 15.00 EA | 11.99 | 0.00 | 35.98 | 215.83 | (0.00) | 215.83 |
| 129. Detach & Reset In-wall / In-ceiling speaker | 4.00 EA | 14.30 | 0.00 | 11.44 | 68.64 | (0.00) | 68.64 |
| 130. Ceiling fan - Detach & reset | 1.00 EA | 141.03 | 0.00 | 28.20 | 169.23 | (0.00) | 169.23 |
| 131. Heat/AC register - Mechanically attached - Detach & reset | 20.00 EA | 5.32 | 0.00 | 21.28 | 127.68 | (0.00) | 127.68 |
| 132. Cold air return cover - Detach & reset | 8.00 EA | 7.26 | 0.00 | 11.62 | 69.70 | (0.00) | 69.70 |
| 133. Floor protection - plastic and tape - 10 mil | 1,700.50 SF | 0.29 | 18.24 | 102.28 | 613.67 | (0.00) | 613.67 |
| **Totals: Showroom** | | | **110.92** | **988.46** | **5,930.64** | **857.02** | **5,073.62** |

## Mary Jo O'Neal - UMPIRE

2226 General Raines Drive
Murfreesboro, TN 37129
1-615-849-6400



**Service Entry**  Height: 8'

| | | | |
|---|---|---|---|
| 363.33 | SF Walls | 157.28 | SF Ceiling |
| 520.61 | SF Walls & Ceiling | 157.28 | SF Floor |
| 17.48 | SY Flooring | 45.42 | LF Floor Perimeter |
| 45.42 | LF Ceil. Perimeter | | |

| Missing Wall | 5' 11" X 8' | Opens into HALLWAY |
|---|---|---|

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 134. Clean suspended ceiling grid | 157.28 SF | 0.22 | 0.15 | 6.96 | 41.71 | (0.00) | 41.71 |
| 135. Paint suspended ceiling grid | 157.28 SF | 0.36 | 2.15 | 11.76 | 70.53 | (19.59) | 50.94 |
| 136. R&R Suspended ceiling tile - 2' x 4' | 39.32 SF | 2.04 | 4.56 | 16.96 | 101.73 | (0.00) | 101.73 |
| 137. Seal & paint acoustic ceiling tile | 157.28 SF | 1.11 | 4.45 | 35.82 | 214.85 | (59.67) | 155.18 |
| Paint ceiling tiles to obtain a uniform appearance throughout. | | | | | | | |
| 138. Sprinkler head/escutcheon - Detach & reset | 2.00 EA | 11.99 | 0.00 | 4.80 | 28.78 | (0.00) | 28.78 |
| 139. Fluorescent light fixture - 2' & 4' - Detach & reset | 2.00 EA | 57.48 | 0.00 | 23.00 | 137.96 | (0.00) | 137.96 |
| 140. Heat/AC register - Mechanically attached - Detach & reset | 2.00 EA | 5.32 | 0.00 | 2.12 | 12.76 | (0.00) | 12.76 |
| 141. Detach & Reset In-wall / In-ceiling speaker | 1.00 EA | 14.30 | 0.00 | 2.86 | 17.16 | (0.00) | 17.16 |
| 142. Cold air return cover - Detach & reset | 1.00 EA | 7.26 | 0.00 | 1.46 | 8.72 | (0.00) | 8.72 |
| 143. Floor protection - plastic and tape - 10 mil | 157.28 SF | 0.29 | 1.69 | 9.46 | 56.76 | (0.00) | 56.76 |
| **Totals: Service Entry** | | | **13.00** | **115.20** | **690.96** | **79.26** | **611.70** |



**Office 3**  Height: 8'

| | | | |
|---|---|---|---|
| 340.00 | SF Walls | 112.13 | SF Ceiling |
| 452.13 | SF Walls & Ceiling | 112.13 | SF Floor |
| 12.46 | SY Flooring | 42.50 | LF Floor Perimeter |
| 42.50 | LF Ceil. Perimeter | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 144. Clean suspended ceiling grid | 112.13 SF | 0.22 | 0.11 | 4.96 | 29.74 | (0.00) | 29.74 |
| 145. Paint suspended ceiling grid | 112.13 SF | 0.36 | 1.53 | 8.38 | 50.28 | (13.97) | 36.31 |
| 146. R&R Suspended ceiling tile - 2' x 4' | 28.03 SF | 2.04 | 3.25 | 12.10 | 72.53 | (0.00) | 72.53 |
| 147. Seal & paint acoustic ceiling tile | 112.13 SF | 1.11 | 3.17 | 25.54 | 153.17 | (42.55) | 110.62 |
| Paint ceiling tiles to obtain a uniform appearance throughout. | | | | | | | |
| 148. Sprinkler head/escutcheon - Detach & reset | 2.00 EA | 11.99 | 0.00 | 4.80 | 28.78 | (0.00) | 28.78 |

**Mary Jo O'Neal - UMPIRE**

2226 General Raines Drive
Murfreesboro, TN 37129
1-615-849-6400

### CONTINUED - Office 3

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 149. Fluorescent light fixture - 2' & 4' - Detach & reset | 2.00 EA | 57.48 | 0.00 | 23.00 | 137.96 | (0.00) | 137.96 |
| 150. Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | 5.32 | 0.00 | 1.06 | 6.38 | (0.00) | 6.38 |
| 151. Detach & Reset In-wall / In-ceiling speaker | 1.00 EA | 14.30 | 0.00 | 2.86 | 17.16 | (0.00) | 17.16 |
| 152. Cold air return cover - Detach & reset | 1.00 EA | 7.26 | 0.00 | 1.46 | 8.72 | (0.00) | 8.72 |
| 153. Floor protection - plastic and tape - 10 mil | 112.13 SF | 0.29 | 1.20 | 6.74 | 40.46 | (0.00) | 40.46 |
| **Totals: Office 3** | | | **9.26** | **90.90** | **545.18** | **56.52** | **488.66** |

**Shop**  Height: 12'

4176.00  SF Walls              6821.89  SF Ceiling
10997.89  SF Walls & Ceiling   6821.89  SF Floor
757.99  SY Flooring            348.00  LF Floor Perimeter
348.00  LF Ceil. Perimeter

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 154. Clean floor - Heavy | 6,821.89 SF | 0.45 | 6.65 | 615.32 | 3,691.82 | (0.00) | 3,691.82 |
| 155. Protect - Cover with plastic | 6,821.89 SF | 0.29 | 73.16 | 410.32 | 2,461.83 | (0.00) | 2,461.83 |
| 156. General Laborer - per hour | 60.00 HR | 32.79 | 0.00 | 393.48 | 2,360.88 | (0.00) | 2,360.88 |

*3 men for a total of 20 hours to manipulate plastic to protect tools, equipment, cars, and other general personal property.*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Totals: Shop** | | | 79.81 | 1,419.12 | 8,514.53 | 0.00 | 8,514.53 |
| **Total: Bldg 1 Interior** | | | 351.73 | 3,904.70 | 23,426.56 | 1,721.04 | 21,705.52 |

**SKETCH2**

**Main Level**

## Mary Jo O'Neal - UMPIRE

2226 General Raines Drive
Murfreesboro, TN 37129
1-615-849-6400



### Used Car Building Roof

| | | | |
|---|---|---|---|
| 2040.40 | Surface Area | 20.40 | Number of Squares |
| 223.51 | Total Perimeter Length | 65.79 | Total Ridge Length |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 157. Tear off, haul and dispose of comp. shingles - 3 tab | 20.40 SQ | 72.46 | 0.00 | 295.64 | 1,773.82 | (0.00) | 1,773.82 |

*Roof replacement will be completed by one, skilled labor roofing crew.  Pricing has been adjusted to correct RFG labor rate.  Tennessee GL and WC policies require any tradesman performing labor on roof/elevated surface to be classified as roofer.*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 158. Add. layer of comp. shingles, remove & disp. - 3 tab | 20.40 SQ | 22.99 | 0.00 | 93.80 | 562.80 | (0.00) | 562.80 |
| 159. Tear off, haul and dispose of wood shakes/shingles | 15.96 SQ | 42.13 | 0.00 | 134.48 | 806.87 | (0.00) | 806.87 |
| 160. Roofing felt - 15 lb. | 15.88 SQ | 18.81 | 8.64 | 61.46 | 368.80 | (0.00) | 368.80 |
| 161. Roofing felt - 15 lb. - double coverage/low slope | 4.53 SQ | 33.30 | 4.47 | 31.08 | 186.40 | (0.00) | 186.40 |

***Per Gibson County Building Code: (2015 International Residential Code)***
  ***R905.2  Underlayment Application***
*For roof slopes from 2 units vertical in 12 units horizontal (2:12), up to four units vertical in 12 units horizontal (4:12), underlayment shall be two layers applied in the following manner:*
  *Starting at the eave, a 19-inch (483 mm) strip of underlayment shall be applied parallel with the eave and fastened sufficiently in place.*
  *Starting at the eave, 36-inch wide (914 mm) strips of underlayment felt shall be applied overlapping successive sheets 19 inches (483 mm) and fastened sufficiently in place.*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 162. Asphalt starter - universal starter course | 64.50 LF | 1.43 | 3.90 | 19.22 | 115.36 | (0.00) | 115.36 |
| 163. 3 tab - 25 yr. - comp. shingle roofing - w/out felt | 22.67 SQ | 142.73 | 178.95 | 682.94 | 4,097.58 | (1,229.27) | 2,868.31 |
| 164. Ridge cap - composition shingles | 65.79 LF | 2.57 | 6.22 | 35.06 | 210.36 | (63.11) | 147.25 |
| 165. Drip edge | 197.15 LF | 1.57 | 14.22 | 64.74 | 388.49 | (0.00) | 388.49 |

***Per Gibson County Building Code: (2015 International Residential Code)***
***R905.2.8.5 Drip edge.***
*A drip edge shall be provided at eaves and rake edges of shingle roofs.  Adjacent segments of the drip edge shall be lapped a minimum of 2 inches (51 mm).  The vertical leg of the drip edges shall be a minimum of 1 ½ inches (38 mm) in width and shall extend a minimum of ¼ inch (6.4 mm) below sheathing.  The drip edge shall extend back on the roof a minimum of 2 inches (51 mm).  Underlayment shall be installed over drip edges along eaves.  Drip edges shall be installed over underlayment along rake edges.  Drip edges shall be mechanically fastened a maximum of 12 inches (305 mm) on center.*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 166. Ice & water barrier | 72.00 SF | 1.11 | 2.60 | 16.50 | 99.02 | (0.00) | 99.02 |

  ***2012 International Residential Code***
  ***R905.2.8.2. Valleys.***
*Valley linings shall be installed in accordance with the manufacturer's instructions before applying shingles.  Valley linings of the following type shall be permitted:*
   *1. For open valleys (valley lining exposed) lined with metal, the valley lining shall be 24 inches (610 mm)  wide and any of the corrosion-resistant metals in table 1507.2.9.2.*
   *2. For open valleys, valley lining of two plies of mineral -surface roll roofing  complying with ASTM  D3909 or ASTM D6380 shall be permitted. The bottom layer shall be 18 inches (457 mm) and the top layer a minimum of of 36 inches (914 mm) wide.*
   *3. For closed valleys (valleys covered with shingles) valley lining of one ply of smooth roll roofing complying with ASTM D6380, and at least 36 inches (914 mm) wide or types as described in Item 1 or 2 above shall be permitted.  Self-adhering polymer modified bitumen underlayment complying ATSM D1970 shall be permitted in lieu of the lining material.*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 167. Step flashing | 25.33 LF | 6.05 | 3.33 | 31.32 | 187.90 | (0.00) | 187.90 |

## Mary Jo O'Neal - UMPIRE

2226 General Raines Drive
Murfreesboro, TN 37129
1-615-849-6400

### CONTINUED - Used Car Building Roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| *Replace step flashing due to it being fastened to the roof wall which is being replaced due to hail damage.* | | | | | | | |
| 168. R&R Rain cap - 6" | 1.00 EA | 37.41 | 2.05 | 7.90 | 47.36 | (8.31) | 39.05 |
| 169. Remove Additional charge for steep roof - 7/12 to 9/12 slope | 8.05 SQ | 19.97 | 0.00 | 32.16 | 192.92 | (0.00) | 192.92 |
| 170. Additional charge for steep roof - 7/12 to 9/12 slope | 8.05 SQ | 23.30 | 0.00 | 37.52 | 225.09 | (0.00) | 225.09 |
| 171. Remove Additional charge for steep roof - 10/12 - 12/12 slope | 1.68 SQ | 31.36 | 0.00 | 10.54 | 63.22 | (0.00) | 63.22 |
| 172. Additional charge for steep roof - 10/12 - 12/12 slope | 1.68 SQ | 36.63 | 0.00 | 12.30 | 73.84 | (0.00) | 73.84 |
| **Totals: Used Car Building Roof** | | | **224.38** | **1,566.66** | **9,399.83** | **1,300.69** | **8,099.14** |

### Used Car Bldg Exterior

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 173. R&R Trim board - 1" x 6" - installed (pine) | 65.33 LF | 3.55 | 13.25 | 49.04 | 294.21 | (0.00) | 294.21 |
| *Replace right elevation rakes due to hail damage.* | | | | | | | |
| 174. Tear off asbestos siding (no haul off) | 137.66 SF | 2.02 | 2.01 | 56.02 | 336.10 | (0.00) | 336.10 |
| *Remove right elevation asbestos siding.* | | | | | | | |
| 175. Asbestos test fee - full service survey - base fee | 1.00 EA | 325.00 | 0.00 | 65.00 | 390.00 | (0.00) | 390.00 |
| *Test Right Upper gable siding for likely asbestos materials.* | | | | | | | |
| 176. R&R Siding - hardboard - lap pattern - 12" | 137.66 SF | 3.19 | 19.73 | 91.76 | 550.62 | (71.22) | 479.40 |
| *Replace asbestos siding on lower right gable.* | | | | | | | |
| 177. R&R Siding - plywood - redwood face | 61.58 SF | 2.89 | 10.51 | 37.70 | 226.18 | (29.95) | 196.23 |
| *Replace upper right gable siding due to hail damage.* | | | | | | | |
| 178. Seal & paint wood siding | 321.41 SF | 1.68 | 12.85 | 110.58 | 663.40 | (93.97) | 569.43 |
| *Paint exterior siding.* | | | | | | | |
| 179. Exterior - paint two coats | 1,138.67 SF | 1.06 | 33.31 | 248.06 | 1,488.36 | (210.85) | 1,277.51 |
| *Paint block walls chipped by hail.* | | | | | | | |
| 180. Prime & paint exterior fascia - wood, 6"- 8" wide | 197.51 LF | 1.97 | 3.85 | 78.60 | 471.54 | (66.80) | 404.74 |
| 181. Prime & paint exterior soffit - wood | 217.51 SF | 2.05 | 7.85 | 90.76 | 544.51 | (77.13) | 467.38 |
| **Totals: Used Car Bldg Exterior** | | | **103.36** | **827.52** | **4,964.92** | **549.92** | **4,415.00** |
| **Total: Main Level** | | | **327.74** | **2,394.18** | **14,364.75** | **1,850.61** | **12,514.14** |

**Mary Jo O'Neal - UMPIRE**

2226 General Raines Drive  
Murfreesboro, TN 37129  
1-615-849-6400

| | | | | |
|---|---|---|---|---|
| **Total: SKETCH2** | 327.74 | 2,394.18 | 14,364.75 | 1,850.61 | 12,514.14 |

### OSHA - 1 Life Safety

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 182. OSHA Protocol | 1.00 EA | 177,806.38 | 0.00 | 0.00 | 177,806.38 | (0.00) | 177,806.38 |

See Protocol and Manual Provided. Includes sufficient Covid-19 protocols.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Totals: OSHA - 1 Life Safety** | | | 0.00 | 0.00 | 177,806.38 | 0.00 | 177,806.38 |

### General Conditions

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 183. Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | 1,500.00 | 0.00 | 300.00 | 1,800.00 | (0.00) | 1,800.00 |
| 184. Commercial Supervision / Project Management - per hour | 60.00 HR | 60.00 | 0.00 | 720.00 | 4,320.00 | (0.00) | 4,320.00 |

6 week project will need supervision 10 hours per week.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 185. Cleaning Technician - per hour | 80.00 HR | 31.09 | 0.00 | 497.44 | 2,984.64 | (0.00) | 2,984.64 |

Daily cleaning of job site and final cleaning of site a completion of project.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 186. General Laborer - per hour | 40.00 HR | 32.79 | 0.00 | 262.32 | 1,573.92 | (0.00) | 1,573.92 |

Labor for cutting the old panels to fit in dumpsters.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 187. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 6.00 EA | 613.46 | 0.00 | 736.16 | 4,416.92 | (0.00) | 4,416.92 |
| 188. R&R Sheathing - plywood - 1/2" CDX | 256.00 SF | 1.69 | 18.47 | 90.24 | 541.35 | (0.00) | 541.35 |

Protect parking lot from damage due to equipment and dumpsters.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Totals: General Conditions** | | | 18.47 | 2,606.16 | 15,636.83 | 0.00 | 15,636.83 |

### Labor Minimums Applied

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 189. Finish carpentry labor minimum* | 1.00 EA | 27.95 | 0.00 | 5.60 | 33.55 | (0.00) | 33.55 |
| **Totals: Labor Minimums Applied** | | | 0.00 | 5.60 | 33.55 | 0.00 | 33.55 |
| **Line Item Totals: 20092003-GRAVES** | | | 10,106.82 | 54,439.92 | 504,443.43 | 43,142.64 | 461,300.79 |

**Mary Jo O'Neal - UMPIRE**

2226 General Raines Drive
Murfreesboro, TN 37129
1-615-849-6400

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 13,411.33 | SF Walls | 12,243.72 | SF Ceiling | 25,655.06 | SF Walls and Ceiling |
| 12,243.72 | SF Floor | 1,360.41 | SY Flooring | 1,318.33 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 1,318.33 | LF Ceil. Perimeter |
| 12,243.72 | Floor Area | 12,554.36 | Total Area | 13,411.33 | Interior Wall Area |
| 9,252.97 | Exterior Wall Area | 536.83 | Exterior Perimeter of Walls | | |
| 17,486.54 | Surface Area | 174.87 | Number of Squares | 0.00 | Total Perimeter Length |
| 288.29 | Total Ridge Length | 0.00 | Total Hip Length | | |

| Coverage | Item Total | % | ACV Total | % |
|---|---:|---:|---:|---:|
| Contents | 0.00 | 0.00% | 0.00 | 0.00% |
| Code Upgrade | 0.00 | 0.00% | 0.00 | 0.00% |
| Building | 490,045.13 | 97.15% | 448,753.10 | 97.28% |
| Other Structures | 14,398.30 | 2.85% | 12,547.69 | 2.72% |
| Total | 504,443.43 | 100.00% | 461,300.79 | 100.00% |

**Mary Jo O'Neal - UMPIRE**

2226 General Raines Drive
Murfreesboro, TN 37129
1-615-849-6400

## Summary for Building

| | |
|---|---:|
| Line Item Total | 428,225.91 |
| Material Sales Tax | 9,779.08 |
| Subtotal | 438,004.99 |
| Overhead | 26,020.07 |
| Profit | 26,020.07 |
| **Replacement Cost Value** | **$490,045.13** |
| Less Depreciation | (41,292.03) |
| **Actual Cash Value** | **$448,753.10** |
| **Net Claim** | **$448,753.10** |
| Total Recoverable Depreciation | 41,292.03 |
| **Net Claim if Depreciation is Recovered** | **$490,045.13** |

_____
Mary Jo O'Neal

**Mary Jo O'Neal - UMPIRE**

2226 General Raines Drive
Murfreesboro, TN 37129
1-615-849-6400

## Summary for Other Structures

| | |
|---|---:|
| Line Item Total | 11,670.78 |
| Material Sales Tax | 327.74 |
| Subtotal | 11,998.52 |
| Overhead | 1,199.89 |
| Profit | 1,199.89 |
| **Replacement Cost Value** | **$14,398.30** |
| Less Depreciation | (1,850.61) |
| **Actual Cash Value** | **$12,547.69** |
| **Net Claim** | **$12,547.69** |
| Total Recoverable Depreciation | 1,850.61 |
| **Net Claim if Depreciation is Recovered** | **$14,398.30** |

_____
Mary Jo O'Neal

## Mary Jo O'Neal - UMPIRE

2226 General Raines Drive
Murfreesboro, TN 37129
1-615-849-6400

## Recap by Category with Depreciation

| O&P Items | | | RCV | Deprec. | ACV |
|---|---|---|---:|---:|---:|
| **ACOUSTICAL TREATMENTS** | | | 1,111.28 | | 1,111.28 |
| Coverage: Building | @ | 100.00% = | 1,111.28 | | |
| **CLEANING** | | | 6,701.30 | | 6,701.30 |
| Coverage: Building | @ | 100.00% = | 6,701.30 | | |
| **GENERAL DEMOLITION** | | | 35,543.29 | | 35,543.29 |
| Coverage: Building | @ | 91.03% = | 32,354.54 | | |
| Coverage: Other Structures | @ | 8.97% = | 3,188.75 | | |
| **DOORS** | | | 10,564.80 | 4,527.77 | 6,037.03 |
| Coverage: Building | @ | 100.00% = | 10,564.80 | | |
| **ELECTRICAL** | | | 4,825.80 | | 4,825.80 |
| Coverage: Building | @ | 100.00% = | 4,825.80 | | |
| **ELECTRICAL - SPECIAL SYSTEMS** | | | 402.15 | | 402.15 |
| Coverage: Building | @ | 100.00% = | 402.15 | | |
| **PERMITS AND FEES** | | | 1,825.00 | | 1,825.00 |
| Coverage: Building | @ | 82.19% = | 1,500.00 | | |
| Coverage: Other Structures | @ | 17.81% = | 325.00 | | |
| **FINISH CARPENTRY / TRIMWORK** | | | 241.58 | | 241.58 |
| Coverage: Other Structures | @ | 100.00% = | 241.58 | | |
| **FIRE PROTECTION SYSTEMS** | | | 587.51 | | 587.51 |
| Coverage: Building | @ | 100.00% = | 587.51 | | |
| **FRAMING & ROUGH CARPENTRY** | | | 335.36 | | 335.36 |
| Coverage: Building | @ | 100.00% = | 335.36 | | |
| **HAZARDOUS MATERIAL REMEDIATION** | | | 2,569.12 | | 2,569.12 |
| Coverage: Building | @ | 100.00% = | 2,569.12 | | |
| **HEAT, VENT & AIR CONDITIONING** | | | 530.19 | 282.38 | 247.81 |
| Coverage: Building | @ | 100.00% = | 530.19 | | |
| **INSULATION** | | | 44,722.63 | | 44,722.63 |
| Coverage: Building | @ | 100.00% = | 44,722.63 | | |
| **LABOR ONLY** | | | 6,879.00 | | 6,879.00 |
| Coverage: Building | @ | 100.00% = | 6,879.00 | | |
| **LIGHT FIXTURES** | | | 2,440.23 | | 2,440.23 |
| Coverage: Building | @ | 100.00% = | 2,440.23 | | |
| **METAL STRUCTURES & COMPONENTS** | | | 17,833.60 | 3,972.22 | 13,861.38 |
| Coverage: Building | @ | 100.00% = | 17,833.60 | | |
| **PAINTING** | | | 8,539.06 | 2,112.12 | 6,426.94 |
| Coverage: Building | @ | 69.76% = | 5,957.11 | | |
| Coverage: Other Structures | @ | 30.24% = | 2,581.95 | | |
| **ROOFING** | | | 103,634.09 | 24,976.33 | 78,657.76 |
| Coverage: Building | @ | 95.40% = | 98,865.45 | | |
| Coverage: Other Structures | @ | 4.60% = | 4,768.64 | | |
| **SIDING** | | | 564.86 | 96.03 | 468.83 |
| Coverage: Other Structures | @ | 100.00% = | 564.86 | | |

### Mary Jo O'Neal - UMPIRE

2226 General Raines Drive
Murfreesboro, TN 37129
1-615-849-6400

| O&P Items | | | | RCV | Deprec. | ACV |
|---|---|---|---|---|---|---|
| **SOFFIT, FASCIA, & GUTTER** | | | | **12,010.66** | **5,225.79** | **6,784.87** |
| Coverage: Building | @ | 100.00% | = | 12,010.66 | | |
| **SPECIALTY ITEMS** | | | | **228.80** | | **228.80** |
| Coverage: Building | @ | 100.00% | = | 228.80 | | |
| **O&P Items Subtotal** | | | | **262,090.31** | **41,192.64** | **220,897.67** |

| Non-O&P Items | | | | RCV | Deprec. | ACV |
|---|---|---|---|---|---|---|
| **SPECIALTY ITEMS** | | | | **177,806.38** | | **177,806.38** |
| Coverage: Building | @ | 100.00% | = | 177,806.38 | | |
| **Non-O&P Items Subtotal** | | | | **177,806.38** | **0.00** | **177,806.38** |
| **O&P Items Subtotal** | | | | **262,090.31** | **41,192.64** | **220,897.67** |
| **Material Sales Tax** | | | | **10,106.82** | **1,950.00** | **8,156.82** |
| Coverage: Building | @ | 96.76% | = | 9,779.08 | | |
| Coverage: Other Structures | @ | 3.24% | = | 327.74 | | |
| **Overhead** | | | | **27,219.96** | | **27,219.96** |
| Coverage: Building | @ | 95.59% | = | 26,020.07 | | |
| Coverage: Other Structures | @ | 4.41% | = | 1,199.89 | | |
| **Profit** | | | | **27,219.96** | | **27,219.96** |
| Coverage: Building | @ | 95.59% | = | 26,020.07 | | |
| Coverage: Other Structures | @ | 4.41% | = | 1,199.89 | | |
| **Total** | | | | **504,443.43** | **43,142.64** | **461,300.79** |