| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total: SKETCH2 | | | 327.74 | 2,394.18 | 14,364.75 | 1,850.61 | 12,514.14 |

### OSHA - 1 Life Safety

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 182. OSHA Protocol | 1.00 EA | 177,806.38 | 0.00 | 0.00 | 177,806.38 | (0.00) | 177,806.38 |
| See Protocol and Manual Provided. Includes sufficient Covid-19 protocols. | | | | | | | |
| Totals: OSHA - 1 Life Safety | | | 0.00 | 0.00 | 177,806.38 | 0.00 | 177,806.38 |

### General Conditions

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 183. Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | 1,500.00 | 0.00 | 300.00 | 1,800.00 | (0.00) | 1,800.00 |
| 184. Commercial Supervision / Project Management - per hour | 60.00 HR | 60.00 | 0.00 | 720.00 | 4,320.00 | (0.00) | 4,320.00 |
| 6 week project will need supervision 10 hours per week. | | | | | | | |
| 185. Cleaning Technician - per hour | 80.00 HR | 31.09 | 0.00 | 497.44 | 2,984.64 | (0.00) | 2,984.64 |
| Daily cleaning of job site and final cleaning of site a completion of project. | | | | | | | |
| 186. General Laborer - per hour | 40.00 HR | 32.79 | 0.00 | 262.32 | 1,573.92 | (0.00) | 1,573.92 |
| Labor for cutting the old panels to fit in dumpsters. | | | | | | | |
| 187. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 6.00 EA | 613.46 | 0.00 | 736.16 | 4,416.92 | (0.00) | 4,416.92 |
| 188. R&R Sheathing - plywood - 1/2" CDX | 256.00 SF | 1.69 | 18.47 | 90.24 | 541.35 | (0.00) | 541.35 |
| Protect parking lot from damage due to equipment and dumpsters. | | | | | | | |
| Totals: General Conditions | | | 18.47 | 2,606.16 | 15,636.83 | 0.00 | 15,636.83 |

### Labor Minimums Applied

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 189. Finish carpentry labor minimum* | 1.00 EA | 27.95 | 0.00 | 5.60 | 33.55 | (0.00) | 33.55 |
| Totals: Labor Minimums Applied | | | 0.00 | 5.60 | 33.55 | 0.00 | 33.55 |
| Line Item Totals: 20092003-GRAVES | | | 10,106.82 | 54,439.92 | 504,443.43 | 43,142.64 | 461,300.79 |