1 Life Safety

4611 E CHANDLER BLVD
STE 112-163
Phoenix, AZ 85048

# Invoice

| Date | Invoice # |
|---|---|
| 10/31/2020 | 1114 |

| Bill To |
|---|
| William Griffin<br>128 Poplar Street<br>Gadsden, TN  38337 |

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Safety protocol - Jones Chevy | 3,500.00 | 3,500.00 |

Thank you for your business.

**Total** $3,500.00