# Sworn Statement In Proof of Loss

**Insured:** Louise Graves / The Graves Property

**Policy Number:** 03630939

**Claim Number:** 300-0219080-2020

**To:** **Auto Owners Insurance Company 3003 Greystone Square Jackson, TN 38305**

At time of loss, by the above indicated policy of insurance you insured **3523 East End Drive Humboldt, Tennessee 38343** against loss by direct physical damage to the property described according to the terms and conditions of said policy and of all forms, endorsements, transfers and assignments attached thereto.

**Time and Origin:** Wind/Hail event that occurred on or about May 4, 2020.

**Occupancy:** The structure described, or containing property described, was occupied at the time of the loss as follows, and for no other purpose whatsoever: **Car Dealership**

**Title and Changes:** At the time of the loss, the interest of your insured in the property described therein was **Owners**. No other person or persons had any interest therein or encumbrance thereon except: _____none_____ Since the said policy was issued, there has been no assignment thereof, or change of interest, use, occupancy, possession, location, or exposure of the property described except: **N/A**.

**AMOUNT CLAIMED:** The AMOUNT CLAIMED under the above numbered policy number is     $ 529,735.50 (Pending appraisal)

**AMOUNT OF ACV:**     $ 476,761.95

**NET AMOUNT TO BE PAID:** The NET AMOUNT TO BE PAID, after deductible     $ 528,735.50 (pending appraisal)

**STATEMENTS OF INSURED:** The said loss did not originate by any act, design or procurement on the part of your insured, or this affiant; nothing has done by or with the privity or consent of your insured or this affiant, to violate the conditions of the policy, or render it void; no articles are mentioned herein or in annexed schedules but such as were destroyed or damaged at the time of said loss; no property saved has in any manner been concealed, and no attempt to deceive the said company, as to the extent of said loss, has in any manner been made. Any other information that may be required will be furnished and considered a part of this proof.

The furnishing of this blank or the preparation of proofs by a representative of the above insurance company is not a waiver of any of its rights.

State Of ___TN___    Insured: _Louise Ann Graves_

County of ___Gibson___

Subscribed and sworn to before me this ___21___ day of ___December___ 2020

Personally Known to Me _Louise A. Graves_

Notary: _Deborah L Graves_

My commission expires: ___12-22-20___

(Notary Seal: DEBORAH GRAVES, STATE OF TENNESSEE, NOTARY PUBLIC, GIBSON COUNTY)

INTERNAL USE ONLY